THE PEOPLE OF THE STATE OF NEW YORK, ex rel. JOHN L. RUSSELL, Appellant, v. GROVER A. WHALEN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ.

JOSEPH B. RAEBECK, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order as resettled, denying plaintiff's motion to vacate notice of examination before trial, affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in said order. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

BERARDINO RAPA, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.*— Judgment of the City Court of Yonkers reversed upon the law and the facts and a new trial ordered, costs to appellant to abide the event. The learned trial court erred in admitting the proofs of claim for a limited purpose. The certificates of proofs having been submitted as proofs of loss, the whole admission should have been taken together. (*Rudolph* v. *John Hancock M. L. Ins. Co.*, 251 N. Y. 208, 213.) *Goldschmidt* v. *Mutual Life Ins. Co.* (102 N. Y. 486) is distinguishable in that there is no denial in the case at bar that the statements contained in the proofs are untrue, but merely a denial of knowledge. Rich, Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents and votes to affirm, without costs (respondent having neither filed a brief nor appeared), upon the ground that the doctors' certificates were not admissible in view of plaintiff's Exhibit 14. (*Rudolph* v. *John Hancock M. L. Ins. Co.*, 251 N. Y. 208, 213.)

BETTY T. ROBERTS, as Executrix, etc., of JACOB H. ROBERTS, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

LOUIS SANDERS, Appellant, v. JOHN C. MILLER, Respondent, and Others, Defendants.— Order vacating appointment of receiver, discontinuing action and canceling *lis pendens* reversed upon the law and the facts, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and matter remitted to the Special Term for trial: respondent to answer within ten days from service of a copy of the order herein. The issue presented by the papers on the motion at Special Term can properly be raised upon the trial in a court of equity, which has authority to withhold relief. There is no authority which would justify the order on respondent's motion. Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ., concur.

MORGAN ST. CLAIR, Respondent, v. THE BUFFALO UNION FURNACE COMPANY, Appellant.— Order denying defendant's motion to change place of trial from Kings county to Erie county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young and Hagarty, JJ., concur; Tompkins, J., dissents and votes to reverse.